USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANUEL IYAHEN,

                    Plaintiff,

      v.

CITY OF NEW YORK, *et al.*,

                    Defendants.

No. 20-CV-3448 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

By motion dated December 10, 2020, Defendants City of New York, Police Officer Scott Kardian, Police Officer Justin Tam, and Sergeant Christopher Maki seek reconsideration of the Court's December 4, 2020 Order granting Plaintiff Manuel Iyahen's December 3, 2020 letter motion to remove this case from Local Civil Rule 83.10 (the "1983 Plan"), and adjourn the previously scheduled mediation. Having now considered Defendants' objections to removing this case from the 1983 Plan, Defendants' motion is GRANTED. The Court agrees that mediation would still be a "valuable endeavor in this case." *See* Dkt. 24.

It is hereby ORDERED that this matter is reinstated in the 1983 Plan. In accordance with that plan, the parties shall participate in the Southern District of New York's mediation program. The initial pre-trial conference is hereby adjourned to January 15, 2021 at 10:30 a.m. By no later than January 8, 2021, the parties shall submit a joint letter updating the Court on the status of this case.

The Clerk of Court is respectfully directed to terminate item 23 on the docket.

SO ORDERED.

Dated:    December 11, 2020
             New York, New York

                                                            Ronnie Abrams
                                                             United States District Judge