```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL IYAHEN,

                      Plaintiff,

        v.

CITY OF NEW YORK, *et al.*,

                      Defendants.

No. 20-CV-3448 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On May 3, 2020, Plaintiff Manuel Iyahen brought this action pursuant to 42 U.S.C. § 1983 principally alleging false arrest, fabrication of evidence and malicious prosecution. In accordance with Local Civil Rule 83.10 (the "1983 Plan"), the parties were ordered to participate in the Southern District of New York's mediation program. In a letter dated January 15, 2021, the parties indicated that mediation had taken place on January 4, 2021 and that the parties intended to have a second round of mediation after engaging in additional discovery. The Court directed the parties to file a letter updating the Court on the status of mediation by no later than February 28, 2021.

    The Court has not since heard from the parties. No later than March 8, 2021, the parties shall file a letter updating the Court on the status of mediation.

SO ORDERED.

Dated:    March 2, 2021
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge