

**Lord & Schewel PLLC**

The Woolworth Building
233 Broadway, Suite 2220
New York, NY 10279

P: 718-701-1002
E: lord@nycivilrights.nyc

March 08, 2021

Honorable Judge Ronnie Abrams
United States District Court – Southern District of NY
Thurgood Marshall -United States Courthouse
40 Foley Square, New York, NY 10007

    RE:  **Manuel Iyahen v. City of New York, et al , 20-cv-3448**

Dear Judge Abrams,

The parties met and conducted a mediation session on January 04, 2021.  At that time, it was decided that the parties were too far apart to have meaningful discussions and that more discovery was needed in order for both parties to make a proper evaluation of the case.  It was decided that we would reach out to the Mediator to determine if the parties would proceed with mediation once additional discovery was received.

On March 04, 2021, Defendant did provide Plaintiff with the medical records from his stay at Jacobi Hospital.  These records consist of approximately 1,700 pages.  My office is currently going through the documents and using them to make an assessment of the case.

Both parties agree that additional time is needed to determine whether further mediation would be fruitful.  We respectfully request that that Court allow the parties to submit a further status update on or about April 5, 2021.


Sincerely,

/s/ Masai I. Lord

Masai Lord
*Attorney For Manuel Iyahen*

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
March 9, 2021