| |
|---|
| USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 4/13/2021 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL IYAHEN,

                Plaintiff,

        v.

CITY OF NEW YORK, *et al.,*

                Defendants.

No. 20-CV-3448 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On May 3, 2020, Plaintiff Manuel Iyahen brought this action pursuant to 42 U.S.C. § 1983 principally alleging false arrest, fabrication of evidence and malicious prosecution. In accordance with Local Civil Rule 83.10 (the "1983 Plan"), the parties were ordered to participate in the Southern District of New York's mediation program. The first round of that mediation took place on January 4, 2021. On March 8, 2021, the parties wrote a letter to the Court indicating that additional time was needed to determine whether further mediation would be fruitful and agreeing to submit a further update on or about April 5, 2021.

      The Court has not since heard from the parties. No later than April 20, 2021, the parties shall file a letter updating the Court on the status of mediation.

SO ORDERED.

Dated:    April 13, 2021
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge