UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/4/2021

MANUEL IYAHEN,

                Plaintiff,

v.

CITY OF NEW YORK, et al.,

                Defendants.

20-CV-3448 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the initial pretrial conference is adjourned until August 27, 2021 at 2:00 p.m. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. **If Plaintiff does not appear at the conference, or otherwise respond to this order, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41**.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff, at the address that he previously provided to the Court.

SO ORDERED.

Dated:    August 4, 2021
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge