| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8/27/2021 |

MANUEL IYAHEN,

                Plaintiff,

        v.

CITY OF NEW YORK, et al.,

                Defendants.

20-CV-3448 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 21, 2021, after the parties informed the Court that mediation was no longer fruitful, the Court scheduled an initial pretrial conference in this § 1983 action. Dkt. 36. Before that conference was held, Plaintiff's Counsel moved to withdraw. Dkt. 38. The Court granted the motion and scheduled an initial pretrial conference for July 16, 2021, which was subsequently adjourned until July 19, 2021. Dkt. 39, 40. When Plaintiff did not appear, the Court adjourned the conference until today, and issued the following warning: "If Plaintiff does not appear at the conference, or otherwise respond to this order, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41." Dkt. 44.

    Plaintiff did not call into today's conference. Accordingly, the Court hereby orders Mr. Iyahen to write a letter informing the Court whether he intends to pursue this action further. He shall do so by no later than September 24, 2021. **If he fails to respond to this Order by that date, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.**

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff, at the address that he previously provided to the Court.

SO ORDERED.

Dated:   August 27, 2021
        New York, New York

                                              Ronnie Abrams
                                              United States District Judge